IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

SABRINA PARIS TENCLEVE                                              PLAINTIFF

V.                          CASE NO. 2:22-cv-2163

COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION                                      DEFENDANT

## ORDER

The Court has received proposed findings and recommendations (Doc. 21) from United States Magistrate Judge Mark E. Ford. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.

Accordingly, the Court ORDERS that Plaintiff's Motion for Attorney Fees (Doc. 18) be GRANTED and finds that Plaintiff is entitled to an award under the EAJA in the total amount of **$7,721.50**. This amount should be paid in addition to, and not out of, any past due benefits which Plaintiff may be awarded in the future. Pursuant to *Astrue v. Ratliff*, 130 S. Ct. 2521, 2528 (2010), the EAJA award should be made payable to Plaintiff, but may be mailed to Plaintiff's counsel.

IT IS SO ORDERED this February 5, 2024.

/s/ P. K. Holmes III
P. K. HOLMES III
U.S. DISTRICT JUDGE